IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Johnny Jones, ) | C/A No.: 1:13-1330-JFA-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Sgt. Pearson, Special Investigation Unit; ) | |
| Mrs. Allen; Case Worker Q. Remberts; ) | |
| Associate Jerry Washington; and Warden ) | |
| Cecilia Reynolds, individually and in their ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The *pro se* plaintiff, Johnny Jones, is an inmate with the South Carolina Department of Corrections. He brings this action pursuant to 42 U.S.C. § 1983 alleging that he was placed in administrative segregation in violation of the Eighth and Fourteenth Amendments and that his due process rights were violated.

The Magistrate Judge assigned to this action[1] has prepared Report and Recommendation and opines that the defendants' motion for summary judgment[2] should be

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

[2] An order was issued pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) notifying plaintiff of the summary dismissal procedure and possible consequences if he failed to adequately respond to the motion for summary judgment. Plaintiff responded to the motion.

1

granted. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The parties were notified of their right to file objections to the Report and Recommendation (ECF No. 44) which was filed on March 3, 2014. However, neither party has lodged any objections and the time within which to do so has expired. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The court has carefully reviewed the applicable laws, the record in this case, and the Report and Recommendation, and finds that the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is adopted and incorporated herein by reference.

Accordingly, the defendants' motion for summary judgment (ECF No. 35) is granted and this action is dismissed. Plaintiff's motion for default judgment (ECF No. 39) is denied and defendants' motion to stay discovery (ECF No. 38) is moot.

IT IS SO ORDERED.

March 25, 2014                                      Joseph F. Anderson, Jr.
Columbia, South Carolina                            United States District Judge